## Driggs *ads.* Van Loon.

MOTION by *Kirkland* to fet afide a writ of enquiry, and fubfequent proceedings.

Defendant had retained an attorney after interlocutory judgment, who gave notice thereof; but

plaintiff proceeded to execute a writ of enquiry, without giving notice to the attorney fo employed.

*Per Curiam.* Whenever an attorney is employed, though it be too late to plead, yet he is entitled to all fubfequent notices.　　　　Motion granted.